**Opinion filed May 26, 2022**



In The

# Eleventh Court of Appeals

_____

## No. 11-22-00132-CR

_____

## EX PARTE JEREMIAH DUNNIGAN

---

### Original Habeas Corpus Proceeding

---

### M E M O R A N D U M   O P I N I O N

Jeremiah Dunnigan has filed in this court a pro se application for writ of habeas corpus related to a cause pending in the 106th District Court of Gaines County: Cause No. 21-5683. Dunnigan asserts that his constitutional rights are being violated and that he is being illegally restrained, and he asks this court for habeas relief. We dismiss this proceeding for want of jurisdiction.

This court has no jurisdiction over Dunnigan's original application for writ of habeas corpus. This court's authority to exercise original jurisdiction is limited. *See* TEX. CONST. art. V, §§ 5, 6 (providing that the Court of Criminal Appeals has the power to issue writs of habeas corpus and that intermediate courts of appeals only have original jurisdiction as prescribed by law); TEX. GOV'T CODE ANN. § 22.221

(West Supp. 2021) (limited writ powers granted to the courts of appeals). Furthermore, an intermediate appellate court "does not possess original habeas corpus jurisdiction of a bail issue" in a criminal case. *Ortiz v. State*, 299 S.W.3d 930, 932 (Tex. App.—Amarillo 2009, no pet.); *see Ex parte Enriquez*, 2 S.W.3d 362, 363 (Tex. App.—Waco 1999, orig. proceeding); *Denby v. State*, 627 S.W.2d 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015) (providing that district courts, county courts, and the Court of Criminal Appeals have power to issue writs of habeas corpus).

We note that we have previously informed Dunnigan that we had no jurisdiction to issue a writ of habeas corpus in this matter. *See Ex parte Dunnigan*, No. 11-22-00013-CR, 2022 WL 175814, at *1 (Tex. App.—Eastland Jan. 20, 2022, orig. proceeding) (mem. op., not designated for publication). We also note that, although we instructed the clerk of the trial court to file Dunnigan's application for writ of habeas corpus, *see id.* at *1 n.1, the present proceeding filed in this court by Dunnigan is another original habeas corpus proceeding, not an appeal from the trial court's ruling on Dunnigan's application. Furthermore, we have no knowledge as to whether the trial court has ruled on Dunnigan's application.

Because we lack jurisdiction over Dunnigan's application for writ of habeas corpus, we dismiss this proceeding for want of jurisdiction.

PER CURIAM

May 26, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

2